UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-21400-KMW

ADRIANA MARIA DE OLIVEIRA SA and )
all others similarly situated under 29 U.S.C. )
216(b), )
                                                      )
                Plaintiffs, )
                                                      )
     vs. )
                                                        )
A-MACULATE CLEANING SERVICE, )
INC., )
BERNADETE FREEDMAN, )
                                                      )
                Defendants.
_____

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Statement of Claim as follows:

**Half-time Overtime Claim (4/13/14-4/13/17):**
Amount of half time per hour not compensated: $6
Weeks: 156
Overtime hours per week: 10
Total wages unpaid and liquidated damages: $9,360 X 2 = $18,720

**Fees:**
J.H. Zidell, Esq.: 1.5 hour X 390 hr = $585
K. David Kelly, Esq.: .7 hour X 350 hr = $245
Neil Tobak, Esq.: .5 hour X 290 hr = $145

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half overtime damages for any completely unpaid overtime wages, should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 4/20/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**