UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-21400-KMW

ADRIANA MARIA DE OLIVEIRA SA and  )
all others similarly situated under 29 U.S.C.  )
216(b),  )
 )
   Plaintiffs,  )
 vs.  )
 )
A-MACULATE CLEANING SERVICE,  )
INC.,  )
BERNADETE FREEDMAN,  )
 )
   Defendants.  )
_____ )

### NOTICE OF MEDIATOR SELECTION AND FILING PROPOSED ORDER SCHEDULING MEDIATION

 COME NOW the Plaintiff, by and through the undersigned counsel, and Notices the Court of the Parties selection of Neil Flaxman, Esq., as the mediator in this matter.

 Based upon an agreement by all counsel and confirmation of mediator, Neil Flaxman, Esq., availability for same, the Parties also file a Proposed Order Scheduling Mediation.

**Respectfully submitted,**

**NATALIE STAROSCHAK, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL:NSTAR.ZIDELLPA@GMAIL.COM**
**F.B.N. 116745**

 **BY:____/s/ Natalie Staroschak____**
**NATALIE STAROSCHAK, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS ELECTRONICALLY SUBMITTED VIA THE CM/ECF FILING ON 07/11/17 TO:

**ALL CM/ECF RECIPIENTS**

**CHRIS KLEPPIN
GLASSER & KLEPPIN
ATTORNEYS FOR DEFENDANTS
8751 W. BROWARD BLVD SUITE 105
PLANTATION, FLORIDA 33324
TELEPHONE: (954) 424.1933
FACSIMILE: (954) 474.7405
CKLEPPIN@GKEMPLOYMENTLAW.COM**

BY:___/s/___Natalie Staroschak_____
         **NATALIE STAROSCHAK, ESQ.**