UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-21400-KMW

ADRIANA MARIA DE OLIVEIRA SA and )
all others similarly situated under 29 U.S.C. )
216(b), )
 )
         Plaintiffs, )
  vs. )
 )
A-MACULATE CLEANING SERVICE, )
INC., )
BERNADETE FREEDMAN, )
 )
         Defendants. )
_____ )

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Neil Flaxman, Esq. on September 1, 2017, commencing at 10 am at Brickell Bayview Centre 80 SW 8th Street, Suite 3100, Miami, Florida 331301.

ENTERED this ___ day of _____, 2017.

_____
KATHLEEN M. WILLIAMS
U.S. District Judge

Copies furnished:
All counsel of record