UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-21400-KMW

ADRIANA MARIA DE OLIVEIRA SA and
all others similarly situated under 29 U.S.C.
216(b),

        Plaintiffs,
  vs.

A-MACULATE CLEANING SERVICE, INC.,
BERNADETE FREEDMAN,

        Defendants.
_____

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURE
REGARDING STATUTORY COVERAGE UNDER THE
FAIR LABOR STANDARDS ACT**

Now comes the Plaintiff through the undersigned, and makes the following supplemental disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure. Plaintiff hereby provides notice to the Court and all Parties that he is pursuing an alternative theory to establish coverage under the Fair Labor Standards Act (the "FLSA").

29 U.S.C. 202 (a) states "[t]hat Congress further finds that the employment of persons in domestic service in households affects commerce." *See also*, 29 C.F.R. 552.99. In this matter, discovery thus far has further confirmed that Plaintiff performed cleaning services at private residences. Plaintiff intends to establish under prevailing law that Plaintiff was therefore employed by Defendants as a domestic service employee, and Plaintiff's work for Defendants is thus automatically covered under the Fair Labor Standards Act regarding her overtime claim.

Plaintiff hereby provides notice that she is utilizing the aforesaid legal theory as an alternative to establish coverage under the FLSA. In light of Plaintiff's employment with the

1

Defendants that involved domestic services, she would not need to establish the $500,000 or interstate commerce prongs with respect to FLSA enterprise coverage.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:__/s/_____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA E-MAIL ON 9/29/17 TO:**

**CHRIS KLEPPIN, ESQ.**
**GLASSER & KLEPPIN**
**8751 W. BROWARD BLVD.**
**STE. 105**
**PLANTATION, FL 33324**
**FAX: 954.4747405**

**BY:__/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

2